# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KELLIANNE NASO,** as Personal Representative of
**THE ESTATE OF ALLAN DWOSKIN,**
Appellant,

v.

**RONALD HALL, G4S SECURE SOLUTIONS (USA) INC.,** a Florida
corporation, and **BROWARD COUNTY, BROWARD COUNTY
COMMISSIONERS,**
Appellees.

No. 4D2022-2991

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE19-24776(09).

Keith Chasin of the Law Office of Keith Chasin, Miami, and Gabriel M. Sanchez of The Sanchez Law Group, Miami, for appellant.

Irwin R. Gilbert and Janine R. McGuire of Conrad & Scherer LLP, Fort Lauderdale, for appellees G4S Secure Solutions (USA) Inc., and Broward County.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***